DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

THEODORE DELONG,

Appellant/Cross-Appellee,

v.

PARADISE LAKES CONDOMINIUM ASSOCIATION, INC.,

Appellee/Cross-Appellant.

No. 2D22-2442

_____

March 27, 2024

Appeal from the Circuit Court for Pasco County; Susan G. Barthle,
Judge.

Margaret Brenan Correoso of Woodbury Law, P.A., Miami, for
Appellant/Cross-Appellee.

Adam C. Gurley of Rabin Parker Gurley, P.A., Clearwater, for
Appellee/Cross-Appellant.

PER CURIAM.

     Affirmed.

NORTHCUTT, KELLY, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.